UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-00219 |
| | ) | JUDGE TRAUGER |
| ERIC LIGGETT | ) | |

**MOTION TO DISMISS PETITION TO REVOKE SUPERVISION**

Comes now, Eric Liggett, through counsel, and moves this Honorable Court to dismiss the Petition To Revoke Supervision and to cancel the Revocation Hearing, which is set for March 31, 2014. Assistant U. S. Attorney Blanche B. Cook is not opposed to the dismissal. Mr. Liggett submits the following:

The United States Probation office filed a Petition for Warrant for Offender Under Supervision (D.E. 46) citing a new state charge as the basis for the warrant. This matter was continued to determine the outcome of the state charges. Recently, all state charges have been dismissed against Mr. Liggett and he has not tested positive for any illegal drugs since July 18, 2013. As such, all parties are in agreement that the Petition should be dismissed rendering the Revocation Hearing moot.

Respectfully submitted,

s/ *Ronald C. Small*
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047